UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

FYF–JB, LLC

                          Plaintiff,

v.                                                Case No.: 1:19–cv–02608
                                               Honorable Thomas M. Durkin

Pet Factory, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:The Local Rules of course apply to all patent cases filed in this District. It is Judge Durkin's practice, however, to hold an informal, off the record meeting with the attorneys for the parties as soon as possible after all parties have counsel who have filed appearances. All discussions at the meeting will be inadmissible in any later proceeding under Federal Rule of Evidence 408.The purpose of the meeting is to see whether an early resolution of the case, or a narrowing or prioritizing of the contested issues can occur before any scheduling order is prepared by the parties. No position papers or other briefs should be filed in advance of the meeting, which will last an hour or less. Counsel shall collaborate in selecting a prompt date and call Judge Durkin's courtroom deputy, Sandy Newland at 312–435–6870 to schedule. No answer to the complaint is required until after this meeting, which is intended to minimize the costs of this uniquely expensive kind of litigation. Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.