# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

FYF–JB, LLC

                        Plaintiff,

v.                                                 Case No.: 1:19–cv–02608
                                                      Honorable Thomas M. Durkin

Pet Factory, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2019:

       MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 6/28/2019. Defendant's motion to dismiss is to be filed by 7/2/2019. Plaintiff's response is due by 7/23/2019. Defendant's reply is due 8/13/2019. Plaintiff's Rule 11 letter is to be filed by 7/23/2019. Defendant's response is due 8/13/2019. Plaintiff's reply is due 8/27/2019. Status hearing set for 9/30/2019 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.