### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FYF-JB, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-02608 |
| ) | |
| PET FACTORY, INC., ) | Judge Thomas M. Durkin |
| ) | |
| Defendant. ) | |

### PET FACTORY, INC.'S OPPOSED MOTION TO DISMISS
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Pet Factory, Inc., by and through the undersigned counsel, respectfully requests that this Court grant its Motion to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in Pet Factory's opening brief in support of the motion submitted herewith.[1]

---

[1] On June 26, 2019 attorneys for the parties met and conferred in a telephone conference under Local Rule 37.2 and this Court's general case mangement motion practice but no agreement on Defendant's present motion was reached and Plaintiff opposes this motion.

Dated: July 2, 2019

Respectfully submitted,

/s/ *James P. Hanrath*

James P. Hanrath
Michael J. Femal
MUCH SHELIST, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2000
jhanrath@muchshelist.com
mfemal@muchshelist.com

*Attorneys for Defendant Pet Factory, Inc.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via CM/ECF on July 2, 2019 upon all counsel of record.

/s/ *James P. Hanrath*
James P. Hanrath