## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

FYF–JB, LLC

                      Plaintiff,

v.                                               Case No.: 1:19–cv–02608
                                                      Honorable Thomas M. Durkin

Pet Factory, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 3, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:By agreement of the parties, defendant's motion to dismiss is to be filed by 7/2/2019. Plaintiff is to serve defendant with Rule 11 letter and draft motion for sanctions by 7/23/2019. Plaintiff is to file a response to defendant's motion to dismiss by 8/13/2019. Defendant's reply in support of the motion to dismiss is to be filed by 8/27/2019. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.